NELSON P. COHEN
United States Attorney

KAREN L. LOEFFLER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
email: karen.loeffler@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:98-CR-087-2-JKS |
| Plaintiff, | ) |
| vs. | ) STATUS REPORT PURSUANT TO |
| | ) COURT'S ORDER |
| Willem Spierens, | ) |
| Defendant. | ) |

COMES NOW the United States of Attorney's Office, by and through

counsel, pursuant to the court's order, and hereby reports that this action is not

resolved and the above-named defendant remains a fugitive. Accordingly, the warrant of arrest should remain outstanding.

RESPECTFULLY SUBMITTED this 10th day of October 2007, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

 s/Karen L. Loeffler
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: karen.loeffler@usdoj.gov